# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TERRANCE SMITH,<br><br>*Plaintiff*,<br><br>v.<br><br>Warden WALTER BERRY, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>5:22-cv-00014-TES-CHW |

## ORDER ADOPTING RECOMMENDATION

On March 8, 2022, the United States Magistrate Judge issued his Recommendation [Doc. 12] to deny Plaintiff Terrance Smith's Motion to Show Cause & Temporary Restraining Order [Doc. 6] without prejudice to his right to refile at a later time. Plaintiff never filed an objection[1] to the Recommendation, and the time period prescribed by 28 U.S.C. § 636 to file an objection has expired. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the Recommendation [Doc. 12] for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Plaintiff's Motion to Show Cause & Temporary Restraining Order [Doc. 6] is **DENIED**.

**SO ORDERED**, this 14th day of April, 2022.

---

[1] Plaintiff filed a Motion to Amend to Add Defendants and Request Class Certification [Doc. 13], but this Motion does not constitute an objection. *See Garner v. Baker*, 5:21-cv-281 (MTT), 2021 WL 4391211, at *1 (M.D. Ga. Sept. 24, 2021) ("[A] motion to amend does not constitute an objection[.]").

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
